# JUDD BURSTEIN, P.C.
## ATTORNEYS AT LAW

JUDD BURSTEIN*
PETER B. SCHALK**

G. WILLIAM BARTHOLOMEW**
ALI R. JAFFERY**

*ALSO ADMITTED IN CONNECTICUT
**ALSO ADMITTED IN NEW JERSEY

5 COLUMBUS CIRCLE
1790 BROADWAY
NEW YORK, NEW YORK 10019
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

12 OLD HILL FARMS ROAD
WESTPORT, CONNECTICUT 06880
TEL: (203) 226-4823

January 16, 2018

**BY ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Conti v. Doe*, Case No. 17-CV-9268 (VEC)

Dear Judge Caproni:

In accordance with paragraph 2 of Your Honor's December 18, 2017 Order (Dkt. No. 10), counsel for all parties respectfully submit this joint letter updating the Court on the status of discovery in the above-referenced matter.

Paragraph 3 of Your Honor's Civil Case Management Plan and Scheduling Order (Dkt. No. 10 (the "Scheduling Order")), directs the parties to exchange Rule 26 Initial Disclosures by Monday, January 15, 2018. Because January 15 was a federal holiday, the parties exchanged their Rule 26 Initial Disclosures today, January 16.

Paragraph 5(c) of the Scheduling Order directs the parties to agree upon a joint plan for meeting the discovery deadlines set forth in the Scheduling Order. The parties have met and conferred, and agreed to the following deadlines for exchanging certain discovery material:

- January 26, 2018 – Defendant to file an answer to the Complaint or a motion pursuant to Fed. R. Civ. P. 12.

- January 31, 2018 – parties to exchange document requests and interrogatories pursuant to Fed. R. Civ. P. 33 and 34.

- March 31, 2018 – parties to serve answers to document requests and interrogatories.

- March 31, 2018 through May 31, 2018 – parties to conduct depositions of fact witnesses.

- May 31, 2018 – parties to serve requests for admission pursuant to Fed. R. Civ. P. 36.

JUDD BURSTEIN, P.C.

Hon. Valerie E. Caproni
January 16, 2018
Page 2

- August 7, 2018 – parties to exchange expert reports pursuant to Fed. R. Civ. P. 26(a)(2).

- September 7, 2018 – parties to exchange rebuttal expert reports pursuant to Fed. R. Civ. P. 26(a)(2).

- September 28, 2018 – parties to conclude expert discovery.

|  |  |  |  |
|---|---|---|---|
| | Respectfully, | | Respectfully, |
| | JUDD BURSTEIN, P.C.<br>*Counsel for Plaintiff* | | EMERY CELLI BRINCKERHOFF &<br>ABADY LLP<br>*Counsel for Defendant* |
| By: | /s/ Judd Burstein<br>Judd Burstein<br>Peter B. Schalk | By: | /s/ Douglas E. Lieb<br>Douglas E. Lieb<br>Andrew G. Celli, Jr.<br>Katie Rosenfeld |