# EXHIBIT K

From: █████████████████████████████
Sent: Friday, August 18, 2017 4:54 AM
To: Paul Conti █████ ; █████████ ; ████████ ;
█████████ ; ████████████ ; Alan Dershowitz █████
Subject:

You fucking fuck face piece of shit cock sucker. I hope you fucking will pay for the shit you have done. You take a vulnerable person and pin them up against family members. You won. Fuck you. Your a thief a bum and one of the worst humans I have ever met. Burn in fucking hell and I'm coming for you. Your fucking Portland billboards are going to be spotlight centered on your fraudulent ass. Fucking piece of shit cock sucker. I will fucking bury your ass alive. You mother fucker. The pain and depression you caused me you will pay in court of law. Fuck you.

Sent from my iPhone

1