USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
PAUL M. CONTI,

                         Plaintiff,

          -against-

JOHN DOE,

                         Defendant.
------------------------------------------------------------- X

17-CV-9268 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on June 27, 2019, the parties appeared for a conference with this Court;

       IT IS HEREBY ORDERED THAT for the reasons stated on the record on June 27, 2019:

       1.     Plaintiff's and Defendant's motions to conduct independent medical examinations of each other (Dkts. 64, 67) are GRANTED.

       2.     Plaintiff's motion to compel discovery (Dkt. 81) is GRANTED IN PART AND DENIED IN PART. The parties are strongly urged to come to agreement on all privilege determinations of outstanding documents. If the parties are unable to agree, they may submit the contested documents to the Court for *in camera* review, by email, no later than **June 28, 2019 at 5:00 p.m.**

       3.     The parties' motions for sealing and redactions are GRANTED IN PART AND DENIED IN PART. No later than **July 12, 2019**, the parties must refile all redacted documents with the corrected redactions ordered by the Court at the June 27, 2019 conference.

       4.     Defendant must respond to Plaintiff's proposed redactions to Plaintiff's motion for leave to amend no later than **July 1, 2019**. Plaintiff's motion for leave to amend must be filed no later than **July 2, 2019**. Defendant's response must be filed no later than **July 23, 2019**. Plaintiff's reply must be filed no later than **August 6, 2019**.

5. If both parties agree to be referred to this case's magistrate judge for a settlement conference, they should notify the Court by joint letter.

6. The Clerk of Court is respectfully directed to terminate the open motions at Dkts. 64, 66, 67, 70, 72, 81.

**SO ORDERED.**

Date: June 28, 2019
New York, New York

_____
**VALERIE CAPRONI
United States District Judge**