# JUDD BURSTEIN, P.C.
## ATTORNEYS AT LAW

JUDD BURSTEIN
PETER B. SCHALK*

G. WILLIAM BARTHOLOMEW*
RICHARD S. K. DIORIO

*ALSO ADMITTED IN NEW JERSEY

5 COLUMBUS CIRCLE
1790 BROADWAY
NEW YORK, NEW YORK 10019
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

November 1, 2019

**MEMO ENDORSED**

**BY EMAIL and ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2019

Re:   *Conti v. Doe*, Case No. 17-CV-9268 (VEC)

Dear Judge Caproni:

My firm represents Plaintiff/Counter-Defendant Dr. Paul M. Conti ("Plaintiff") in the above-referenced proceeding. I write pursuant to Your Honor's Individual Rule 5.A regarding a joint letter from counsel for Plaintiff and counsel for non-parties James and Jane Doe regarding their discovery dispute that the Court requested they submit in advance of a call with the Court scheduled for Monday, November 4, 2019 (the "Joint Letter"). We request permission to electronically file the Joint Letter on the public docket with redactions proposed by James and Jane Doe. Plaintiff does not oppose filing the Joint Letter with James and Jane Doe's requested redactions, but does not believe that the redactions are necessary under the Stipulated Confidentiality Agreement and Protective Order entered in this case (Doc. No. 44).

Respectfully,

G. William Bartholomew, Esq.

Encl.
cc: All counsel (via email and ECF; encl. by email only)

Application GRANTED. The parties may file the Joint Letter with the proposed redactions.

SO ORDERED.

11/4/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE