USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
PAUL M. CONTI,

                Plaintiff,

-against-

JOHN DOE,

                Defendant.
-----------------------------------------------------------X

17-CV-9268 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 24, 2020, the parties appeared for a conference with this Court;

IT IS HEREBY ORDERED THAT: The parties' *Daubert* motions must be filed no later than **March 20, 2020**. Responses are due by **April 17, 2020**. Replies are due by **May 1, 2020**.

**SO ORDERED.**

Date: **January 24, 2020**
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**