# EXHIBIT D

**Page 1**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------x

DR. PAUL M. CONTI,

                Plaintiff,   Case No.

   - against -                17-CV-9268

JOHN DOE,

                Defendant.

----------------------------------x

DEPOSITION OF ZIV E. COHEN, M.D.

New York, New York

Friday, November 15, 2019

10:09 a.m.

Reported by:

ERICA L. RUGGIERI, RPR

JOB NO. 3771823

Page 2

1
2                    **November 15, 2019**
3                      **10:09 a.m.**
4
5         Deposition of ZIV E. COHEN,
6     M.D., held at the offices of Judd
7     Burstein, P.C., 5 Columbus Circle,
8     Suite 1501, New York, New York,
9     pursuant to Notice, before Erica L.
10    Ruggieri, Registered Professional
11    Reporter and Notary Public of the
12    State of New York.
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2   A P P E A R A N C E S:
3
4   Attorneys for Plaintiff
5   Law Offices of Judd Burstein, P.C.
6       5 Columbus Circle, Suite 1501
7       180 Maiden Lane
8       New York, New York 10166
9       212.974.2400
10      BY:   PETER B. SCHALK, ESQ.
11            pschalk@burlaw.com
12
13  Attorneys for Defendant
14  EMERY CELLI BRINCKERHOFF & ABADY LLP
15      600 Fifth Avenue, 10th Floor
16      New York, New York 10020
17      212.763.5000
18      BY:   DOUGLAS E. LIEB, ESQ.
19            KATHERINE R. ROSENFELD, ESQ.
20            dlieb@ecbalaw.com
21            krosenfeld@ecbalaw.com
22
23
24
25

Page 4

S T I P U L A T I O N S

1
2
3
4    IT IS HEREBY STIPULATED AND
5    AGREED, by and between the attorneys
6    for the respective parties herein,
7    that filing and sealing be and the
8    same are hereby waived.
9    IT IS FURTHER STIPULATED AND
10   AGREED that all objections, except
11   as to the form of the question,
12   shall be reserved to the time of the
13   trial.
14   IT IS FURTHER STIPULATED AND
15   AGREED that the within deposition may
16   be sworn to and signed before any
17   officer authorized to administer an
18   oath, with the same force and effect
19   as if signed and sworn to before the
20   Court.
21
22
23
24
25

Page 5

1              ZIV E. COHEN, M.D.
2       Z I V   C O H E N, called as a
3       witness, having been duly sworn by a
4       Notary Public, was examined and
5       testified as follows:
6       EXAMINATION BY
7       MR. SCHALK:
8            Q.   Dr. Cohen, how are you?
9            A.   I'm well, thanks.
10           Q.   You understand that you are
11      under oath?
12           A.   Yes.
13           Q.   I see from your submissions
14      that you have provided testimony in
15      the past, correct?
16           A.   Correct.
17           Q.   Have you ever been -- in
18      addition to testifying at trials,
19      have you ever been deposed?
20           A.   Have not.
21           Q.   So we will go over some of
22      the ground rules for you.  All
23      right?
24           A.   (Witness nods.)
25           Q.   One of them is nodding is

```
 1              ZIV E. COHEN, M.D.
 2       established you know who John
 3       Doe          is, yes?
 4            A.    From this case, yes.
 5            Q.    Have you ever met him?
 6            A.    No.
 7            Q.    Have you ever communicated
 8       with him in writing?
 9            A.    No.
10            Q.    Are you aware who
11       Dr. Michael Jenike is?
12            A.    Am I aware.  It depends --
13       I am aware that there is -- I'm
14       aware of his existence.  I mean to
15       what extent -- how much knowledge
16       you are asking for.  I have very
17       little knowledge about him, but I'm
18       aware of his existence.
19            Q.    That's a philosophical
20       answer.  So prior to this litigation
21       had you ever heard of Dr. Michael
22       Jenike?
23            A.    I had not.
24            Q.    And so is your only
25       awareness of Dr. Michael Jenike's
```