# EXHIBIT F

```
 1                  UNITED STATES DISTRICT COURT
                              for the
 2                  SOUTHERN DISTRICT OF NEW YORK

 3

 4   DR. PAUL M. CONTI,            )
                                   )
 5              Plaintiff,         )
                                   )
 6        vs.                      ) Case No. 17-CV-9268
                                   )
 7   JOHN DOE,                     )
                                   )
 8              Defendant.         )
     _____)
 9

10

11

12                          CONFIDENTIAL

13     VIDEOTAPED DEPOSITION OF N. GREGORY HAMILTON, M.D.

14              Taken on behalf of Defendant

15                         *   *   *

16          BE IT REMEMBERED THAT, pursuant to the

17     Federal Rules of Civil Procedure, the deposition

18     of N. GREGORY HAMILTON, M.D., was taken before KIM

19     NERHEIM, a Certified Shorthand Reporter for Oregon,

20     on Thursday, May 9, 2019, commencing at the

21     hour of 9:43 a.m., in the law offices of

22     Holland & Knight, 111 S.W. 5th Avenue, Suite 2300,

23     Portland, Oregon.

24

25
```

```
 1                          APPEARANCES:

 2


 3          JUDD BURSTEIN, P.C.
                  BY MR. PETER B. SCHALK
 4                5 Columbus Circle
                  New York, New York 10019
 5                212-974-2400
                  pschalk@burlaw.com
 6                Attorney for Plaintiff.


 7


 8          EMERY, CELLI, BRINCKERHOFF & ABADY, LLP
                  BY MS. KATHERINE ROSENFELD
 9                BY MR. DOUG LIEB
                  600 Fifth Avenue, 10th Floor
10                New York, New York 10020
                  212-763-5000
11                krosenfeld@ecbalaw.com
                  dlieb@ecbalaw.com
12                Attorneys for Defendant.


13


14          LINDSAY HART, LLP
                  BY MS. CONNIE ELKINS McKELVEY
15                1300 S.W. 5th Avenue, Suite 3400
                  Portland, Oregon 97201
16                503-226-7677
                  cmckelvey@lindsayhart.com
17                Attorney for Witness.


18


19          ALSO PRESENT:   Paul Conti, Lani Milton, videographer

20                            *   *   *

21

22

23

24

25
```

```
 1                  (Deposition Exhibit No. 1065,
 2       Exhibit No. 1066, Exhibit No. 1069, and
 3       Exhibit No. 1070 were marked for identification.)
 4              THE VIDEOGRAPHER:  We are now on the record.
 5   Today's date is Thursday, May 9th, 2019, and the time is
 6   approximately 9:43 a.m.  My name is Lani Milton, I'm the
 7   videographer representing LNS Court Reporting, here with
 8   court reporter Kim Nerheim, also in association with LNS
 9   Court Reporting.
10              This is the videotaped deposition of Dr. N.
11   Gregory Hamilton being taken in the matter of Dr. Paul
12   Conti versus John Doe.  It is being held in the U.S.
13   District Court in the Southern District of New York.  The
14   case number is 17-CV-9268.  We are located today at
15   Holland & Knight in Portland, Oregon.
16              Counsel, can you please introduce yourselves
17   for the record and whom you represent.
18              MS. ROSENFELD:  Sure.  Katherine Rosenfeld,
19   Emery, Celli, Brinckerhoff & Abady, for plaintiff -- for
20   Defendant John Doe.
21              MR. LIEB:  Doug Lieb, also for John Doe.
22              MR. SCHALK:  Peter B. Schalk of Judd
23   Burstein, P.C., for the plaintiff/counterclaim defendant.
24              MS. McKELVEY:  Connie McKelvey, Lindsay
25   Hart, for Dr. Hamilton.
```

|            |    |                                                                         |
|------------|----|-------------------------------------------------------------------------|
|            | 1  | THE VIDEOGRAPHER:  Thank you.                                           |
|            | 2  | Our court reporter can now swear or affirm the                          |
|            | 3  | witness.                                                                |
|            | 4  |                                                                         |
|            | 5  | N. GREGORY HAMILTON, M.D.                                               |
|            | 6  | having first been sworn by the Certified                                |
|            | 7  | Shorthand Reporter, testified under oath                                |
|            | 8  | as follows:                                                             |
|            | 9  |                                                                         |
|            | 10 | EXAMINATION                                                             |
| 09:44:45   | 11 | BY MS. ROSENFELD:                                                       |
| 09:44:45   | 12 | Q    Good morning, Dr. Hamilton.                                        |
|            | 13 | A    Good morning.                                                      |
| 09:44:48   | 14 | Q    We met off the record.  My name is Katie Rosenfeld.                |
|            | 15 | I'm one of the attorneys for John Doe in this matter, and               |
|            | 16 | we're here today to conduct your deposition.                            |
|            | 17 | Have you ever been deposed before,                                      |
|            | 18 | Dr. Hamilton?                                                           |
|            | 19 | A    Yes, I have.                                                       |
| 09:45:00   | 20 | Q    And when was the last time that you were deposed?                  |
|            | 21 | A    I'm not sure.  Probably more than a year ago.                      |
| 09:45:07   | 22 | Q    What was the circumstance under which you were                     |
|            | 23 | deposed?  Why did you have to give a deposition?                        |
|            | 24 | A    I'm just trying to recall.  I've been deposed a                    |
|            | 25 | number of times, but -- oh, about a malpractice case.                   |

|  |  |
|---|---|
| 1 | A    I don't recall.  We have discussed it at times. |
| 16:29:58  2 | Q    Did Dr. Conti -- did his --  Has your view of the |
| 3 | threats changed over time as you've treated Dr. Conti? |
| 4 | A    Well, they certainly changing today, now that I've |
| 5 | read them.  I think they're worse than I had anticipated. |
| 16:30:24  6 | Q    So chronologically speaking, if you started -- if |
| 7 | Dr. Conti started treating John Doe in |
| 8 | 2017 -- |
| 9 |           MR. LIEB:  John Doe. |
| 16:30:39  10 | Q    BY MS. ROSENFELD:  -- I'm sorry, John Doe in 2017 |
| 11 | and -- withdrawn.  Let me start again. |
| 12 |           You've been treating Paul Conti throughout his |
| 13 | treatment of John Doe, the termination of that treatment, |
| 14 | and to date; is that correct? |
| 15 | A    Yes. |
| 16:30:52  16 | Q    How has the passage of time affected how you evaluate |
| 17 | the threats towards John Doe? |
| 18 |           MS. McKELVEY:  Objection to form. |
| 19 |           MR. SCHALK:  Objection to form. |
| 16:31:02  20 | Q    BY MS. ROSENFELD:  I'm sorry.  How has the passage of |
| 21 | time impacted how you evaluate the threats towards Paul |
| 22 | Conti? |
| 23 | A    I don't know. |
| 16:31:11  24 | Q    Are you -- is your treatment any different with |
| 25 | respect to evaluating and helping him process those |