UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL CONTI,<br>Plaintiff / Counterclaim-Defendant<br><br>-against-<br><br>JOHN DOE,<br>Defendant / Counterclaim-Plaintiff. | No. 17-CV-9268 (VEC) |

**DECLARATION OF ANDREW G. CELLI, JR., IN OPPOSITION TO PAUL CONTI'S MOTION TO PRECLUDE EXPERT TESTIMONY**

ANDREW G. CELLI, JR., declares under penalty of perjury pursuant to 28 U.S.C § 1746, that the following is true and correct:

1. My name is Andrew G. Celli, Jr. I am a partner in the firm of Emery Celli Brinckerhoff & Abady LLP, counsel for Defendant / Counterclaim-Plaintiff John Doe. I submit this declaration in opposition to Plaintiff / Counterclaim-Defendant Paul Conti's motion to preclude the expert testimony of Drs. Paul Appelbaum and Ziv Cohen.

2. Annexed as Exhibit A is a copy of selected anonymized excerpts of the transcript of the deposition of Dr. Paul Conti, dated June 12, 2019.

3. Annexed as Exhibit B is a copy of the Principles of Medical Ethics with Annotations Especially Applicable to Psychiatry published by the American Psychiatric Association (APA).

4. Annexed as Exhibit C is an anonymized copy of an email from Dr. Conti to Dr. Michael Jenike, dated June 14, 2017.

5. Annexed as Exhibit D is a copy of selected anonymized excerpts of the transcript of the deposition of Dr. Paul Appelbaum, dated January 21, 2020.

6. Annexed as Exhibit E is a copy of selected excerpts of the transcript of the deposition of Dr. Donald Meyer, dated December 2, 2019.

7. Annexed as Exhibit F is an anonymized copy of an email from Judd Burstein to Steve Tigges transmitting a proposed settlement agreement on behalf of Dr. Conti.

8. Annexed as Exhibit G is an excerpt of Dr. Conti's initial Rule 26 disclosures.

9. Annexed as Exhibit H is an excerpt of the treatment records of Dr. N. Gregory Hamilton concerning Dr. Conti.

10. Annexed as Exhibits I and J are diagnostic criteria for two relevant disorders from the APA's Diagnostic and Statistical Manual of Mental Disorders (DSM-5).

Dated: April 17, 2020
New York, New York

/s/
ANDREW G. CELLI, JR.