USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DR. PAUL M. CONTI,                                :       17-CV-9268 (VEC) (RWL)
                                                  :
                         Plaintiff,               :
                                                  :       **ORDER**
            - against -                           :
                                                  :
JOHN DOE,                                         :
                                                  :
                         Defendant.               :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion to compel production by non-party Mr. Dershowitz or for an adverse inference. Any response from Defendants or Mr. Dershowitz must be filed by November 18, 2020.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   November 16, 2020
         New York, New York

Copies transmitted to all counsel of record,
including counsel for non-parties James and Jane Doe,
by ECF

1