USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DR. PAUL M. CONTI,                              :        17-CV-9268 (VEC) (RWL)
                                                :
                        Plaintiff,              :
                                                :        **ORDER**
        - against -                             :
                                                :
JOHN DOE,                                       :
                                                :
                        Defendant.              :
-----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the dispute concerning Plaintiff's discovery requests from Mr. Dershowitz. (Dkt. 214.) Mr. Dershowitz has provided a declaration that partially addresses and moots much of the discovery requested, except for search for and production of telephone records. The question of whether or not Mr. Dershowitz and Defendant Doe had an attorney-client relationship prior to November 7, 2017 is material. Mr. Dershowitz's declaration addresses that question but somewhat vaguely. Moreover, the burden is light, and Mr. Dershowitz's declaration simply did not address the request for telephone records at all. Accordingly, Mr. Dershowitz shall produce any telephone records, located after a reasonable search, reflecting calls with John Doe from April 1, 2017 through November 7, 2017. If Mr. Dershowitz has no such records in his possession, custody, or control, he shall so state in a supplemental declaration.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

Dated:      November 16, 2020
            New York, New York

Copies transmitted to all counsel of record,
including counsel for non-parties James and Jane Doe,
by ECF