UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL CONTI,<br><br>　　　　　Plaintiff / Counterclaim-Defendant<br><br>　-against-<br><br>JOHN DOE,<br><br>　　　　　Defendant / Counterclaim-Plaintiff. | No. 17-CV-9268 (VEC) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the following papers:

(i) Defendant's/Counterclaim-Plaintiff's Statement of Undisputed Material Facts Pursuant to Local Rule 56.1;

(ii) the Declaration of Andrew G. Celli, Jr., dated December 18, 2020, and the exhibits attached thereto; and

(iii) the Memorandum of Law in Support of Motion for Summary Judgment, with Appendix;

Defendant/Counterclaim Plaintiff John Doe will move this Court for an Order pursuant to Federal Rule of Civil Procedure 56 granting him summary judgment on Plaintiff/Counterclaim Defendant Paul Conti's claim for defamation, and for such other relief as the Court deems appropriate and just.

1

**PLEASE TAKE NOTICE** that opposition papers, if any, shall be served in accordance with the schedule previously set by the Court.

Dated: December 18, 2020
       New York, New York

                                            EMERY CELLI BRINCKERHOFF
                                            ABADY WARD & MAAZEL LLP

                                            /s
                                            Andrew G. Celli, Jr.
                                            Katherine Rosenfeld
                                            Samuel Shapiro
                                            Nick Bourland

                                            600 Fifth Avenue, 10th Floor
                                            New York, New York 10020
                                            (212) 763-5000

                                            *Attorneys for Defendant John Doe*