# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DIANE L. HOUK

EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
MARISSA BENAVIDES
NICK BOURLAND
ANDREW K. JONDAHL
ANANDA BURRA
MAX SELVER
VIVAKE PRASAD
NOEL R. LEÓN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2021

February 17, 2021

**By ECF**

The Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *Conti v. Doe*, No. 17-CV-9268

Your Honor:

This firm represents Defendant John Doe in the above-referenced matter. We write to respectfully request leave to file a 35-page Memorandum of Law in further support of Defendant's Motion for Summary Judgment and in opposition to Plaintiff's Motion for Summary Judgment. Plaintiff's counsel Peter B. Schalk does not object to this request.

The additional pages are necessary to fully analyze the wide range of issues raised by the parties on these cross-motions for summary judgment.

We thank the Court for its consideration.

Respectfully submitted,

/s/

Andrew G. Celli, Jr.
Katherine Rosenfeld
Samuel Shapiro
Nick Bourland

Application GRANTED.

SO ORDERED.

*[signature]*

2/17/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE