UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL CONTI,

      Plaintiff / Counterclaim-Defendant

    -against-

JOHN DOE,

      Defendant / Counterclaim-Plaintiff.

No. 17-CV-9268 (VEC)

## DECLARATION OF ANDREW G. CELLI, JR.

ANDREW G. CELLI, JR., declares under penalty of perjury pursuant to 28 U.S.C § 1746, that the following is true and correct:

1.    I am a partner in the firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP, counsel for Defendant/Counterclaim-Plaintiff John Doe.

2.    Annexed as Exhibit UU is a true and accurate copy of excerpts of the transcript of the deposition of Mark Schorr, dated May 6, 2019.

3.    Annexed as Exhibit VV is true and accurate anonymized copy of a text message conversation between Amber Blum and Dr. Paul Conti, dated March 28, 2017.

4.    Annexed as Exhibit WW is a true and accurate copy of excerpts of the transcript of the deposition of Dr. Paul Conti, dated June 12, 2019.

5.    Annexed as Exhibit XX is a true and accurate copy of the Declaration of ████, dated February 11, 2021.

6.    Annexed as Exhibit YY is a true and accurate copy of excerpts of the transcript of the deposition of Dr. Michael J. Jenike, dated July 30, 2019.

7.      Annexed as Exhibit ZZ is a true and accurate copy of excerpts of the transcript of the deposition of John Doe, dated Mar 15, 2019.

8.      Annexed as Exhibit AAA is a true and accurate anonymized copy of an email conversation between Mark Schorr and Dr. Paul Conti, dated March 30–April 2, 2017.

9.      Annexed as Exhibit BBB is a true and accurate copy of excerpts of the transcript of the deposition of Amber Blum, dated May 8, 2019.

10.     Annexed as Exhibit CCC is a true and accurate copy of the Declaration of John Doe, dated February 17, 2021.

11.     Annexed as Exhibit DDD is a true and accurate copy of excerpts of the transcript of the teleconference before the Hon. Valerie E. Caproni, dated January 29, 2021.

12.     Annexed as Exhibit EEE is a true and accurate copy of excerpts of the transcript of the deposition of Dr. Donald Meyer, dated December 2, 2019.

13.     Annexed as Exhibit FFF is a true and accurate anonymized copy of a text message conversation between Dovi Meyer and Dr. Jenike, dated January 28, 2018.

Dated: February 19, 2021
       New York, New York

_____
/s/
ANDREW G. CELLI, JR.