```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
PAUL M. CONTI,                                               :
                                                             :
                              Plaintiff,                     :
                                                             :    17-CV-9268 (VEC)
                -against-                                    :
                                                             :    ORDER
JOHN DOE,                                                    :
                                                             :
                              Defendant.                     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 18, 2020, Defendant moved for summary judgment and included an appendix listing Defendant's allegedly defamatory statements (Dkt. 233-1) ("Appendix");

IT IS HEREBY ORDERED THAT: No later than **April 12, 2021**, Plaintiff is directed to provide a statement by statement response to the statements contained in the Appendix that Defendant represented to be the allegedly defamatory statements at-issue in this case. For example, the first allegedly at-issue statement is, "You're a fucking fraud who that abandoned me in treatment so who the fuck do you think you are." In his response, Plaintiff must quote the statement from the Appendix and then, directly below the quotation, indicate whether Plaintiff concurs that it is an at-issue statement and, if it is, he must state only whether he continues to contend that the statement is defamatory. If there are any at-issue statements that are not included in the Appendix, Plaintiff must provide a list of each such statement, with a citation to the source of the statement. Defendant should not provide any supplemental argument as to why any statement is or is not defamatory.

**SO ORDERED.**

Date:  April 6, 2021
       New York, New York

*(signature: Valerie Caproni)*

**VALERIE CAPRONI**
**United States District Judge**