USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
PAUL M. CONTI,

                       Plaintiff,

                                           17-CV-9268 (VEC)

        -against-

                                            ORDER

JOHN DOE,

                       Defendant.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS a teleconference was held on May 13, 2021;

IT IS HEREBY ORDERED THAT: No later than **May 14, 2021 at 2:00 p.m.,** the parties are directed to submit a joint letter indicating the parties', attorneys', and witnesses availability to commence trial on **August 23, 2021**.

**SO ORDERED.**

Date: May 13, 2021
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**