```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
PAUL M. CONTI,                                  :
                                                :
                            Plaintiff,          :
                                                :       17-CV-9268 (VEC)
                -against-                       :
                                                :       ORDER
JOHN DOE,                                       :
                                                :
                            Defendant.          :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 14, 2021 the parties submitted a letter with their availability for a trial in this case;

IT IS HEREBY ORDERED THAT: The parties should be prepared to commence trial in the fourth quarter of 2021. The Court will inform the parties when it receives a firm trial date.

**SO ORDERED.**

Date: May 14, 2021
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**