UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL CONTI,<br><br>　　　　　Plaintiff / Counterclaim-Defendant<br><br>-against-<br><br>JOHN DOE,<br><br>　　　　　Defendant / Counterclaim-Plaintiff. | No. 17-CV-9268 (VEC)<br><br>**STIPULATION OF DISMISSAL** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, through their undersigned counsel, as follows:

　　　　1.　　Pursuant to Rule 41 of the Federal Rules of Civil Procedure, all claims asserted by Paul Conti against John Doe are hereby dismissed, with prejudice.

　　　　2.　　Pursuant to Rule 41 of the Federal Rules of Civil Procedure, all claims asserted by John Doe against Paul Conti are hereby dismissed, with prejudice.

　　　　3.　　Pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action is voluntarily dismissed, with prejudice.

　　　　4.　　Electronic signatures, electronically transmitted signatures, and "/s" signatures shall have the same force and effect as original signatures.

<mark>
</mark>

Dated: June 7, 2021
      New York, New York

| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | JUDD BURSTEIN, P.C. |
|---|---|
| By: ___/s/ Andrew G. Celli___<br>Andrew G. Celli, Jr.<br>600 Fifth Avenue, 10th Floor<br>New York, New York 10020<br>Tel: (212) 763-5000 | By: ___/s/ Judd Burstein___<br>Judd Burstein<br>260 Madison Avenue, 15th Floor<br>New York, New York 10016<br>Tel. (212) 974-2400 |
| *Attorneys for John Doe* | *Attorneys for Paul Conti* |