UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL CONTI,

        Plaintiff / Counterclaim-
        Defendant

    -against-

JOHN DOE,

        Defendant / Counterclaim-
        Plaintiff.

No. 17-CV-9268 (VEC)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, through their undersigned counsel, as follows:

1.      Pursuant to Rule 41 of the Federal Rules of Civil Procedure, all claims asserted by Paul Conti against John Doe are hereby dismissed, with prejudice.

2.      Pursuant to Rule 41 of the Federal Rules of Civil Procedure, all claims asserted by John Doe against Paul Conti are hereby dismissed, with prejudice.

3.      Pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action is voluntarily dismissed, with prejudice.

4.      Electronic signatures, electronically transmitted signatures, and "/s" signatures shall have the same force and effect as original signatures.

Dated: June 7, 2021
       New York, New York

EMERY CELLI BRINCKERHOFF                    JUDD BURSTEIN, P.C.
ABADY WARD & MAAZEL LLP


By: _____            By: _____
       Andrew G. Celli, Jr.                       Judd Burstein
       600 Fifth Avenue, 10th Floor               260 Madison Avenue, 15th Floor
       New York, New York 10020                   New York, New York 10016
       Tel: (212) 763-5000                        Tel. (212) 974-2400

*Attorneys for John Doe*                    *Attorneys for Paul Conti*